UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and MILES MERTENS,

    Plaintiffs,

        v.

A.C. FETT AND SONS, INC. and
MICHAEL FETT,

    Defendants.

ORDER

08-cv-170-slc

---

Plaintiffs request that the clerk of court enter default against defendant A.C. Fett and Sons, Inc. pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer or otherwise respond to the complaint filed by plaintiffs. Defendant Michael Fett filed an answer on May 12, 2008. It appearing from the record that defendant A.C. Fett and Sons, Inc. has failed to appear, plead, or otherwise defend, the default of defendant A.C. Fett and Sons, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 14th day of May, 2008.

/s/
Theresa M. Owens
Clerk of Court