UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and MILES MERTENS,

      Plaintiffs,

vs.

Case No. 08-C-170

A. C. FETT AND SONS, INC., and
MICHAEL FETT,

      Defendants.

ORDER FOR JUDGMENT
AS TO DEFENDANT A. C. FETT AND SONS, INC.

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1.    Defendant A. C. Fett and Sons, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    A. C. Fett and Sons, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit fund contributions, interest and liquidated damages on behalf of its employees to

the Plaintiff Funds.

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $1,887.31 for contributions, interest and liquidated damages for the audited period July 1, 2006 through October 31, 2007 as well as attorneys fees and costs incurred in their prosecution of this matter.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund and Miles Mertens, and against Defendant A. C. Fett and Sons, Inc. in the amount of $1,887.31 .

Dated this 16th day of July, 2008.

BY THE COURT

Barbara B. Crabb
U. S. District Court Judge