UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, and MILES MERTENS,

        Plaintiffs,

vs.

                                        Case No. 08-C-170

A. C. FETT AND SONS, INC., and
MICHAEL FETT,

        Defendants.

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT A. C. FETT AND SONS, INC.**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

-1-

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund and Miles Mertens, recover from the Defendant A. C. Fett and Sons, Inc. the sum of $1,887.31 for contributions, interest, liquidated damages for the audit period July 1, 2006 through October 31, 2007.

Dated at Madison, Wisconsin, this 16th day of July, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 16th day of July, 2008.

_Barbara B. Crabb_
U. S. District Court Judge